**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Jesus MORA, a/k/a Jose Jesus
Nuesslein, a/k/a Joe Mora, a/k/a Jose
Jesus Neusslein, Defendant–Appellant.**

No. 11–7673.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 26, 2012.

Decided: April 30, 2012.

Jose Jesus Mora, Appellant Pro Se.
Stephen Westley Haynie, Assistant United
States Attorney, Norfolk, Virginia, for Appellee.

Before GREGORY, AGEE, and WYNN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jose Mora appeals the district court's
order denying his motion to amend special
conditions of supervision and has filed motions for appointment of counsel and to
expedite. We have reviewed the record
and find no reversible error. Accordingly,
we deny appointment of counsel, deny
Mora's motion to expedite as moot, and
affirm the district court's order. *See United States v. Mora,* No. 2:07–cr–00062–

RAJ–JEB–1 (E.D.Va. Nov. 14, 2011). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*